No. 802. LEWIS, RECEIVER, *v.* FIDELITY & DEPOSIT CO. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. F. Anderson, Samuel H. Wilcy, F. G. Awalt, Wallace Miller,* and *George P. Barse* for petitioner. *Messrs. M. F. Goldstein* and *Arthur G. Powell* for respondent.

No. 178. NORTON *v.* VESTA COAL CO. See *ante,* p. 641.

No. 674. HACKWORTH *v.* ADERHOLD, WARDEN. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Harry Hackworth, pro se.* No appearance for respondent.

No. 704. UNITED STATES EX REL. NERBONNE *v.* HILL, WARDEN. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alfred R. Nerbonne, pro se.* No appearance for respondent.